Form 237

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Jerome S. Jenkins** : Case No. 13−22021−CMB
    *Debtor(s)* : Chapter: 13

JPMC Specialty Mortgage LLC :
    *Movant,* :
: Related to Claim No. 7
v. :
Jerome S. Jenkins :
Ronda J. Winnecour, Esq., Trustee :
    *Respondent.* :

## ORDER

    **AND NOW**, this **31st day of October, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by ***JPMC Specialty Mortgage LLC*** at Claim No. 7 in the above−captioned bankruptcy case,

    It is hereby **ORDERED** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)    an ***AMENDED CHAPTER 13 PLAN;***

    (2)    a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)    an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

    ***The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.*** **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

                                                   Carlota M. Böhm, Judge
                                                   United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 13-22021-CMB
Jerome S. Jenkins                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jbre          Page 1 of 1          Date Rcvd: Oct 31, 2016
                                       Form ID: 237     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2016.
db          +Jerome S. Jenkins,    1416 Elm Street,    Pittsburgh, PA 15221-1920
cr           JPMORGAN CHASE BANK, NA,    Mail Code LA4-5555    700 Kansas Lane,    Monroe, LA   71203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    JPMC Specialty Mortgage LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Brent J. Lemon    on behalf of Debtor Jerome S. Jenkins blemon@fglaw.com,
           lemondropper75@hotmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                    TOTAL: 6