IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JEROME JENKINS | : | Bankruptcy No. 13-22021-JAD |
| | : | |
| Debtor | : | |
| | : | Chapter 13 |
| JEROME JENKINS | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT | : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not current on his existing Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On 08/19/2018, filed at docket number 28, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

5. This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.


August 28, 2018                                                 Respectfully submitted,

                                                                **S/Brent J. Lemon**
                                                                Brent J. Lemon, Esquire, Pa. I.D.# 86478
                                                                Attorney for Debtor
                                                                Law Office of Brent Lemon
                                                                PO Box 93
                                                                Wexford, PA 15090
                                                                Ph: 412-657-9920
                                                                Fax: 724-799-8409
                                                                Email: blemon@thompsonattorney.com

**PAWB Local Form 24 (07/13)**