**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jerome S. Jenkins**
   Debtor(s)

Bankruptcy Case No.: 13−22021−CMB

Chapter: 13
Docket No.: 78 − 77

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 26th of September, 2018, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/26/18.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **11/7/18 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/26/18.**

 

                                                  <u>Carlota M. Bohm</u>
                                                 United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 13-22021-CMB
Jerome S. Jenkins                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 2                  Date Rcvd: Sep 26, 2018
                              Form ID: 408            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
```
db             +Jerome S. Jenkins,    1416 Elm Street,    Pittsburgh, PA 15221-1920
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,     Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr              JPMORGAN CHASE BANK, NA,    Mail Code LA4-5555  700 Kansas Lane,    Monroe, LA  71203
13706108       +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
13635099       +Cfc Defic Rec/TD Auto Finance,    Td Auto Fin/Attn:Bankruptcy,    Po Box 551080,
                 Jacksonville, FL 32255-1080
13635100       +Chase,   10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
13693249       +Dominion Retail, Inc.,    dba Dominion Energy Solutions,    PO Box 298,
                 Pittsburgh, PA 15230-0298
13635102       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13716100       +JPMC Specialty Mortgage LLC,    c/o Chase Home Finance, LLC,    Attn: OH4-7302,
                 3415 Vision Drive,    Columbus, OH 43219-6009
13635105        Nco Fin/51,   Po Box 13574,    Philadelphia, PA 19101
13635106        Nco Fin/55,   Po Box 13570,    Philadelphia, PA 19101
13635109       +Professnl Acct Mgmt In,    Pam Po Box 391,    Milwaukee, WI 53201-0391
13635111       +Spartan Financial Svc,    13730 S Point Blvd,    Charlotte, NC 28273-7715
13635112        Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,
                 Greenville, TX 75403-5609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2018 03:23:54
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Sep 27 2018 03:23:57
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
13635096        E-mail/Text: bnc@trustamerifirst.com Sep 27 2018 03:15:41
                 AmeriFirst Home Improvement Finance,    11171 Mill Valley Rd.,   Omaha, NE 68154
13635097       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 27 2018 03:12:25     Cap One,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13635098       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 27 2018 03:12:25     Capital 1 Bank,
                 Attn: Bankruptcy Dept.,   Po Box 30285,    Salt Lake City, UT 84130-0285
13635101       +E-mail/PDF: pa_dc_ed@navient.com Sep 27 2018 03:25:28     Dept Of Ed/sallie Mae,   Po Box 9635,
                 Wilkes Barre, PA 18773-9635
13658355       +E-mail/Text: kburkley@bernsteinlaw.com Sep 27 2018 03:17:34     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13635103        E-mail/Text: cio.bncmail@irs.gov Sep 27 2018 03:15:22     Internal Revenue Service,
                 PO Box 21125,    Philadelphia, PA 19114
13635104       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 27 2018 03:16:22     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13635107       +E-mail/Text: bankruptcydepartment@tsico.com Sep 27 2018 03:17:22     Nco Fin/99,   Po Box 15636,
                 Wilmington, DE 19850-5636
13635108       +E-mail/Text: egssupportservices@alorica.com Sep 27 2018 03:16:45     Osi Collect,
                 507 Prudential Rd.,    Horsham, PA 19044-2308
13871840        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2018 03:25:25
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541
13986554        E-mail/PDF: rmscedi@recoverycorp.com Sep 27 2018 03:23:56
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13657107        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 27 2018 03:25:29     Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
13635110       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 27 2018 03:25:29     Regional Finance Corp,
                 550 Ohio Pike Unit F,    Cincinnati, OH 45255-3472
13750608        E-mail/PDF: pa_dc_ed@navient.com Sep 27 2018 03:23:56     Sallie Mae Inc. on behalf of,
                 Department of Education,    P.O. Box 740351,    Atlanta, GA. 30374-0351
                                                                                               TOTAL: 16
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             JPMC Specialty Mortgage LLC
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: dsaw              Page 2 of 2              Date Rcvd: Sep 26, 2018
                              Form ID: 408            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    JPMC Specialty Mortgage LLC
           andygornall@latouflawfirm.com
          Brent J. Lemon    on behalf of Debtor Jerome S. Jenkins blemon@fglaw.com,
           lemondropper75@hotmail.com
          James Warmbrodt    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7
```