**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JEROME S JENKINS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:13-22021<br><br>Chapter 13<br><br>Document No.: 77<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this \_\_\_29th\_\_\_ day of \_\_\_October\_\_\_, 20_18_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_Carlota M. Böhm_
Chief U.S. BANKRUPTCY JUDGE    **dms**

FILED
10/29/18 9:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                  Case No. 13-22021-CMB
Jerome S. Jenkins                                                       Chapter 13
       Debtor                        CERTIFICATE OF NOTICE
District/off: 0315-2          User: bsil                  Page 1 of 2                  Date Rcvd: Oct 29, 2018
                              Form ID: pdf900             Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2018.
db             +Jerome S. Jenkins,    1416 Elm Street,   Pittsburgh, PA 15221-1920
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,   2200 Gulf Tower,   Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr              JPMORGAN CHASE BANK, NA,    Mail Code LA4-5555  700 Kansas Lane,   Monroe, LA  71203
13706108       +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,   Norfolk VA 23541-0907
13635099       +Cfc Defic Rec/TD Auto Finance,    Td Auto Fin/Attn:Bankruptcy,   Po Box 551080,
                 Jacksonville, FL 32255-1080
13635100       +Chase,   10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
13693249       +Dominion Retail, Inc.,    dba Dominion Energy Solutions,   PO Box 298,
                 Pittsburgh, PA 15230-0298
13635102       +First Premier Bank,    601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13716100       +JPMC Specialty Mortgage LLC,    c/o Chase Home Finance, LLC,   Attn: OH4-7302,
                 3415 Vision Drive,   Columbus, OH 43219-6009
13635105        Nco Fin/51,   Po Box 13574,    Philadelphia, PA 19101
13635106        Nco Fin/55,   Po Box 13570,    Philadelphia, PA 19101
13635109       +Professnl Acct Mgmt In,    Pam Po Box 391,   Milwaukee, WI 53201-0391
13635111       +Spartan Financial Svc,    13730 S Point Blvd,   Charlotte, NC 28273-7715
13635112        Us Dept Of Education,    Attn: Borrowers Service Dept,   Po Box 5609,
                 Greenville, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 30 2018 02:16:11
                 PRA Receivables Management, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Oct 30 2018 02:15:45
                 Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                 Miami, FL  33131-1605
13635096        E-mail/Text: bnc@trustamerifirst.com Oct 30 2018 02:11:30
                 AmeriFirst Home Improvement Finance,   11171 Mill Valley Rd.,   Omaha, NE 68154
13635097       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 30 2018 02:16:13      Cap One,
                 26525 N Riverwoods Blvd,   Mettawa, IL 60045-3440
13635098       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 30 2018 02:15:46      Capital 1 Bank,
                 Attn: Bankruptcy Dept.,   Po Box 30285,   Salt Lake City, UT 84130-0285
13635101       +E-mail/PDF: pa_dc_ed@navient.com Oct 30 2018 02:15:46      Dept Of Ed/sallie Mae,   Po Box 9635,
                 Wilkes Barre, PA 18773-9635
13658355       +E-mail/Text: kburkley@bernsteinlaw.com Oct 30 2018 02:12:06      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant Street,   Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13635103        E-mail/Text: cio.bncmail@irs.gov Oct 30 2018 02:11:22      Internal Revenue Service,
                 PO Box 21125,   Philadelphia, PA 19114
13635104       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 30 2018 02:11:42      Midland Funding,
                 8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
13635107       +E-mail/Text: bankruptcydepartment@tsico.com Oct 30 2018 02:12:01      Nco Fin/99,   Po Box 15636,
                 Wilmington, DE 19850-5636
13635108       +E-mail/Text: egssupportservices@alorica.com Oct 30 2018 02:11:48      Osi Collect,
                 507 Prudential Rd.,   Horsham, PA 19044-2308
13871840        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 30 2018 02:16:11
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
13986554        E-mail/PDF: rmscedi@recoverycorp.com Oct 30 2018 02:15:21
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13657107        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 30 2018 02:16:13      Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
13635110       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 30 2018 02:16:13      Regional Finance Corp,
                 550 Ohio Pike Unit F,   Cincinnati, OH 45255-3472
13750608        E-mail/PDF: pa_dc_ed@navient.com Oct 30 2018 02:16:12      Sallie Mae Inc. on behalf of,
                 Department of Education,   P.O. Box 740351,   Atlanta, GA. 30374-0351
                                                                                              TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             JPMC Specialty Mortgage LLC
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2           User: bsil              Page 2 of 2            Date Rcvd: Oct 29, 2018
                               Form ID: pdf900         Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMC Specialty Mortgage LLC
               andygornall@latouflawfirm.com
              Brent J. Lemon    on behalf of Debtor Jerome S. Jenkins blemon@fglaw.com,
               lemondropper75@hotmail.com
              James  Warmbrodt    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7
```