| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Jerome S. Jenkins** | Social Security number or ITIN **xxx–xx–6750** |
| First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Social Security number or ITIN _ _ _ _ |
| First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: **13–22021–CMB** | |

# Order of Discharge                                                                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jerome S. Jenkins

11/1/18                                                                     **By the court:**     Carlota M. Bohm
                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 13-22021-CMB
Jerome S. Jenkins                                                        Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 2              Date Rcvd: Nov 01, 2018
                              Form ID: 3180W          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2018.
```
db             +Jerome S. Jenkins,    1416 Elm Street,    Pittsburgh, PA 15221-1920
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr              JPMORGAN CHASE BANK, NA,    Mail Code LA4-5555  700 Kansas Lane,    Monroe, LA  71203
13706108       +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
13635100       +Chase,   10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
13693249       +Dominion Retail, Inc.,    dba Dominion Energy Solutions,    PO Box 298,
                 Pittsburgh, PA 15230-0298
13716100       +JPMC Specialty Mortgage LLC,    c/o Chase Home Finance, LLC,    Attn: OH4-7302,
                 3415 Vision Drive,    Columbus, OH 43219-6009
13635105        Nco Fin/51,    Po Box 13574,    Philadelphia, PA 19101
13635106        Nco Fin/55,    Po Box 13570,    Philadelphia, PA 19101
13635109       +Professnl Acct Mgmt In,    Pam Po Box 391,    Milwaukee, WI 53201-0391
13635111       +Spartan Financial Svc,    13730 S Point Blvd,    Charlotte, NC 28273-7715
13635112       +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,
                 Greenville, TX 75403-5609
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 02 2018 03:22:22      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: PRA.COM Nov 02 2018 07:03:00      PRA Receivables Management, LLC,    PO Box 41067,
                 Norfolk, VA 23541-1067
cr              EDI: RECOVERYCORP.COM Nov 02 2018 07:03:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
13635096        E-mail/Text: bnc@trustamerifirst.com Nov 02 2018 03:22:11
                 AmeriFirst Home Improvement Finance,    11171 Mill Valley Rd.,    Omaha, NE 68154
13635097       +EDI: CAPITALONE.COM Nov 02 2018 07:03:00      Cap One,    26525 N Riverwoods Blvd,
                 Mettawa, IL 60045-3440
13635098       +EDI: CAPITALONE.COM Nov 02 2018 07:03:00      Capital 1 Bank,    Attn: Bankruptcy Dept.,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
13635099       +EDI: CHRYSLER.COM Nov 02 2018 07:03:00      Cfc Defic Rec/TD Auto Finance,
                 Td Auto Fin/Attn:Bankruptcy,    Po Box 551080,    Jacksonville, FL 32255-1080
13635101       +EDI: NAVIENTFKASMDOE.COM Nov 02 2018 07:04:00      Dept Of Ed/sallie Mae,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
13658355       +E-mail/Text: kburkley@bernsteinlaw.com Nov 02 2018 03:23:25      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13635102       +EDI: AMINFOFP.COM Nov 02 2018 07:03:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
13635103        EDI: IRS.COM Nov 02 2018 07:04:00      Internal Revenue Service,    PO Box 21125,
                 Philadelphia, PA 19114
13635104       +EDI: MID8.COM Nov 02 2018 07:03:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
13635107       +E-mail/Text: bankruptcydepartment@tsico.com Nov 02 2018 03:23:22      Nco Fin/99,    Po Box 15636,
                 Wilmington, DE 19850-5636
13635108       +E-mail/Text: egssupportservices@alorica.com Nov 02 2018 03:22:55      Osi Collect,
                 507 Prudential Rd.,    Horsham, PA 19044-2308
13871840        EDI: PRA.COM Nov 02 2018 07:03:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
13986554        EDI: RECOVERYCORP.COM Nov 02 2018 07:03:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13657107        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 02 2018 03:24:50      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
13635110       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 02 2018 03:24:50      Regional Finance Corp,
                 550 Ohio Pike Unit F,    Cincinnati, OH 45255-3472
13750608        EDI: NAVIENTFKASMDOE.COM Nov 02 2018 07:04:00      Sallie Mae Inc. on behalf of,
                 Department of Education,    P.O. Box 740351,    Atlanta, GA. 30374-0351
                                                                                               TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMC Specialty Mortgage LLC
                                                                                             TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: bsil              Page 2 of 2            Date Rcvd: Nov 01, 2018
                              Form ID: 3180W          Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMC Specialty Mortgage LLC
               andygornall@latouflawfirm.com
              Brent J. Lemon    on behalf of Debtor Jerome S. Jenkins blemon@fglaw.com,
               lemondropper75@hotmail.com
              James Warmbrodt    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7
```